# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142459

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ROBERTO ANTONIO CASANOVA,
    Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
    Defendant-Appellee.

SC: 142459
COA: 297441

_____/

      On order of the Court, the application for leave to appeal the December 16, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

y0418